# SUPREME COURT OF HAWAI'I

November 17, 2010

| 29177 | United Public Workers, AFSCME, Local 646, AFL-CIO, In re | Vacated and Remanded |